**[J-35-2016][M.O. – Donohue, J.]**

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PENNSYLVANIA ENVIRONMENTAL     :   No. 10 MAP 2015
DEFENSE FOUNDATION,      :
     :
     :   Appeal from the Order of the
            Appellant      :   Commonwealth Court at No. 228 MD
     :   2012 dated 1/7/15
           v.      :
     :
     :   ARGUED:  March 9, 2016
COMMONWEALTH OF PENNSYLVANIA,    :
AND GOVERNOR OF PENNSYLVANIA,    :
TOM WOLF, IN HIS OFFICIAL CAPACITY   :
AS GOVERNOR,      :
     :
            Appellees      :

**DISSENTING OPINION**

**CHIEF JUSTICE SAYLOR**                 **DECIDED:  June 20, 2017**

I join the central analysis of the dissenting opinion authored by Justice Baer, based on the recognition that the Environmental Rights Amendment is an embodiment of the public trust doctrine.